United States District Court
Southern District of Texas
FILED

FEB 0 3 2016

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Criminal No. **M-16-156** |
| HECTOR HORACIO HINOJOSA | § § § | |

## INDICTMENT

THE GRAND JURY CHARGES:

### Count One

On or about August 11, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### HECTOR HORACIO HINOJOSA

a felon, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the 139th District Court of Hidalgo County, Texas, on May 24, 2007, in cause number CR-1606-07-C, for Possession with Intent to Deliver a Controlled Substance, to-wit: cocaine, in an amount of 4 grams or more but less than 200 grams, did knowingly and unlawfully possess in and affecting interstate and foreign commerce a firearm, namely, a Smith & Wesson, Model 910, 9 mm caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### Count Two

On or about August 11, 2015, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

### HECTOR HORACIO HINOJOSA

a felon, having been convicted of a crime punishable by imprisonment for a term exceeding one year, namely, in the 139th District Court of Hidalgo County, Texas, on May 24, 2007, in cause

number CR-1606-07-C, for Possession with Intent to Deliver a Controlled Substance, to-wit: cocaine, in an amount of 4 grams or more but less than 200 grams, did knowingly and unlawfully possess in and affecting interstate and foreign commerce ammunition, namely, approximately two rounds of 9 mm caliber ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## NOTICE OF FORFEITURE
### 18 U.S.C. §922(g)(1)

Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States gives notice to defendant,

**HECTOR HORACIO HINOJOSA**

that upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), all firearms involved in said violation are subject to forfeiture, including but not limited to the following:

a Smith & Wesson, Model 910, 9 mm caliber pistol, SN: TDN0375; and

approximately two rounds of 9 mm caliber ammunition.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY